IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY CURTIS, | 1:06-cv-00045-OWW-GSA-PC |
| Plaintiff, | ORDER ADOPTING FINDINGS & RECOMMENDATIONS |
| vs. | (Doc. 12) |
| N. KUSHNER, et al., | ORDER FOR THIS ACTION TO PROCEED AGAINST DEFENDANT DOE FOR VIOLATION OF THE EIGHTH AMENDMENT AND DISMISSING OTHER CLAIMS AND DEFENDANTS |
| Defendants. | |
| | ORDER REFERRING CASE BACK TO MAGISTRATE JUDGE TO INITIATE SERVICE OF PROCESS |

Rocky Curtis ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

On September 5, 2007, findings and recommendations were entered, recommending that this action proceed against defendant Doe on plaintiff's Eighth Amendment medical care claim, that plaintiff's Eighth Amendment claims against defendants Kushner, Smith, Bresler, Culton,

1

1  Hodges-Wilkin, and John Doe 2 be dismissed for failure to state a claim, and that defendants
2  Kushner, Smith, Bresler, Culton, Hodges-Wilkin, and John Doe 2 be dismissed from this action
3  based on plaintiff's failure to state any claims upon which relief may be granted against them.
4  Plaintiff was provided an opportunity to file objections to the findings and recommendations within
5  thirty days.  To date, plaintiff has not filed objections or otherwise responded to the findings and
6  recommendations.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 73-305, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The Findings and Recommendations issued by the Magistrate Judge on September 5, 2007, are adopted in full;

2. This action now proceeds against defendant Doe on plaintiff's Eighth Amendment medical care claim;

3. Plaintiff's Eighth Amendment claims against defendants Kushner, Smith, Bresler, Culton, Hodges-Wilkin, and John Doe 2 are dismissed for failure to state a claim upon which relief may be granted;

4. Defendants Kushner, Smith, Bresler, Culton, Hodges-Wilkin, and John Doe 2 are dismissed from this action based on plaintiff's failure to state any claims upon which relief may be granted against them; and

5. This action is referred back to the Magistrate Judge to initiate service of process.

IT IS SO ORDERED.

**Dated:   November 5, 2007**          /s/ Oliver W. Wanger
                                        UNITED STATES DISTRICT JUDGE