# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY CURTIS, | 1:06-CV-00045-OWW-NEW(DLB)-P |
| Plaintiff, | ORDER FINDING SERVICE OF COMPLAINT APPROPRIATE, AND FORWARDING SERVICE DOCUMENTS TO PLAINTIFF FOR COMPLETION AND RETURN WITHIN THIRTY DAYS |
| v. | |
| N. KUSHNER, M. D., et al., | |
| Defendants. / | |

Plaintiff Rocky Curtis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action filed pursuant to 42 U.S.C. § 1983. On July 23, 2007, the court screened plaintiff's complaint pursuant to 28 U.S.C. § 1915A and found that plaintiff's complaint states a cognizable claim for relief under section 1983 against defendant John Doe 1, a physical therapist, on plaintiff's Eighth Amendment medical care claim. On September 5, 2007, the undersigned issued findings and recommendations recommending this action proceed against defendant John Doe 1, and recommending dismissal of other claims and defendants. On November 6, 2007, the District Judge adopted the findings and recommendations in full. As a result, this action now proceeds on plaintiff's complaint, filed January 13, 2006, against defendant John Doe 1 on plaintiff's Eighth Amendment medical care claim.

At this juncture, service is appropriate for defendant, and the court shall send plaintiff forms to complete and return to the court. On the forms, plaintiff must identify defendant John Doe 1 sufficiently for the United States Marshal to serve defendant with a summons and a copy of the complaint. Therefore, plaintiff must provide the defendant's full name and current address, or if this is not possible, enough information to identify and locate defendant for service of process. If plaintiff cannot provide defendant's full name, plaintiff must provide other

identification to distinguish defendant from anyone else, such as a partial name along with job title, dates and location of employment, gender, and description.  Plaintiff is cautioned that service cannot go forward unless he provides enough information, and unsuccessful service may result in plaintiff's case being dismissed.

Accordingly, it is HEREBY ORDERED that:

1. Service is appropriate for the following defendant:

    PHYSICAL THERAPIST JOHN DOE 1

2. The Clerk of the Court shall send plaintiff one (1) USM-285 form, one (1) blank summons, a Notice of Submission of Documents form, an instruction sheet and a copy of the complaint filed January 13, 2006.  (Doc. 1.)

3. Within **thirty (30) days** from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the completed Notice to the court with the following documents:

    a. Completed summons;

    b. One completed USM-285 form for defendant John Doe 1, including defendant's full name and current address, or in the alternative, sufficient information to identify and locate defendant for service of process; and

    c. Two (2) copies of the endorsed complaint filed January 13, 2006.

4. Plaintiff need not attempt service on defendant and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendant pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

5. <u>The failure to comply with this order will result in a recommendation that this action be dismissed</u>.

IT IS SO ORDERED.

Dated:   **November 8, 2007**               /s/ **Gary S. Austin**

1 UNITED STATES MAGISTRATE JUDGE
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28