# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY CURTIS, | 1:06-cv-00045-OWW-GSA-PC |
| Plaintiff, | ORDER FOR PLAINTIFF TO PROVIDE ADDITIONAL INFORMATION FOR SERVICE OF DEFENDANT VAUGHN |
| v. | |
| N. KUSHNER, et al., | THIRTY DAY DEADLINE TO RESPOND |
| Defendants. | |

Plaintiff Rocky Curtis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983.

On February 8, 2008, the court issued an order directing the United States Marshal to serve process upon defendant Physical Therapist Vaughn using information provided by plaintiff. (Doc. 18.) On February 3, 2008, the Marshal filed a Return of Unexecuted Service, with an attached Memorandum from the CDC stating that "Pleasant Valley State Prison does not have a Physical Therapist Vaughn working here." (Doc. 20.)

The court is inclined to issue a second order directing the Marshal to attempt service again, with further instructions. It is not clear from the CDC's Memorandum whether the CDC searched its employment records from 2004, when plaintiff alleges defendant Vaughn worked as a physical therapist at Pleasant Valley State Prison. However, before the court issues a second order, plaintiff is requested to provide any additional information available to him to identify and locate defendant

Vaughn   As plaintiff is aware, service cannot go forward unless the Marshal has enough information, and unsuccessful service may result in plaintiff's complaint being dismissed. Therefore, it is in plaintiff's best interest to provide information such as defendant Vaughn's first name or initial, work assignment, work schedule, etc., to identify and locate the defendant.

Accordingly, IT IS HEREBY ORDERED that:

1. Within thirty days of the date of service of this order, plaintiff shall send a written response to the court, providing any additional information available to him to identify and locate defendant Vaughn for purposes of service in this action;

2. Plaintiff's failure to comply with this order shall result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   August 3, 2008**              /s/ **Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE