# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY CURTIS, | 1:06-cv-00045-OWW-GSA-PC |
|           Plaintiff, | ORDER DISCHARGING ORDER TO SHOW CAUSE |
| v. | (Doc. 28.) |
| ERNEST VAUGHN, | |
|           Defendant. | |

Rocky Curtis ("plaintiff") is a state prisoner proceeding pro se and in forma pauperis with this civil rights action filed pursuant to 42 U.S.C. § 1983. This action now proceeds on plaintiff's original complaint filed January 13, 2006, against defendant Ernest Vaughn, on plaintiff's Eighth Amendment medical care claim.[1]

On April 3, 2009, the Court issued an Order to Show Cause, requiring plaintiff to show cause why this action should not be dismissed for failure to serve the sole defendant, Ernest Vaughn. (Doc. 28.) On April 17, 2009 and April 30, 2009, plaintiff filed written responses to the Order to Show Cause and provided the Court with a new address for defendant Ernest

---

[1] On November 6, 2007, the court issued an order for this case to proceed only against defendant Doe 1 on plaintiff's Eighth Amendment medical care claim, and dismissing all other claims and defendants. (Docs. 12, 14.) Plaintiff later identified defendant Doe 1 as Physical Therapist Ernest Vaughn. (Docs. 16, 23.)

1

Vaughn. (Docs. 29, 31.) Due to this new information, the Order to Show Cause shall be discharged.

Accordingly, IT IS HEREBY ORDERED that the Order to Show Cause issued on April 3, 2009, is DISCHARGED.

IT IS SO ORDERED.

Dated: **May 6, 2009**  /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE