1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  ROCKY CURTIS,                          Case No. 1:06-cv-00045 JLT (PC)

12          Plaintiff,                     ORDER DIRECTING PLAINTIFF TO FILE
                                           AN OPPOSITION OR STATEMENT OF NO
13      vs.                                OPPOSITION TO DEFENDANT'S MOTION
                                           FOR SUMMARY JUDGMENT
14  N. KUSHNER, et al.,

15          Defendants.

16  _____/

17          Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action

18  pursuant to 42 U.S.C. § 1983.  On March 7, 2011, Defendant Vaughn filed a motion for summary

19  judgment pursuant to Federal Rule of Civil Procedure 56.  (Docs. 62-67.)  Although Plaintiff was

20  previously advised of the requirements for filing an opposition to motions for summary judgment,

21  (see Doc. 19,) Plaintiff has not filed an opposition to Defendant's motion in accordance with the

22  Local Rules.

23          Plaintiff is therefore reminded that Local Rule 230(l) provides, in part, that:  "Failure of the

24  responding party to file written opposition or to file a statement of no opposition [within twenty-one

25  days after the date of service of a motion] may be deemed a waiver of any opposition to the granting

26  of the motion . . . ."  Local Rule 110 also provides that failure to comply with the Local Rules "may

27  be grounds for imposition of any and all sanctions authorized by statute or Rule or within the

28  inherent power of the Court" including, but not limited to, dismissal of the action.

1    Accordingly, good cause appearing, it is **HEREBY ORDERED** that, within thirty days of

2  the date of this order, Plaintiff shall file an opposition or statement of no opposition to Defendant's

3  March 7, 2011 motion for summary judgment.

4

5  IT IS SO ORDERED.

6  Dated:   **April 13, 2011**                    _____
                                                    **/s/ Jennifer L. Thurston**
7                                                   UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28